UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANCO MANGIANFICO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 19-10490-ADB |
| | * | |
| JOSEPH STANTON, Appeals Clerk, | * | |
| | * | |
| Defendant. | * | |

ORDER

BURROUGHS, D.J.

Franco Mangianfico initiated this action by filing a *pro se* civil rights complaint naming as defendant the Clerk of Court for the Massachusetts Appeals Court. See Docket No. 1.

By Memorandum and Order dated March 30, 2019, Mangianfico was granted leave to proceed *in forma pauperis*. See Docket No. 5. Mangianfico was directed to show cause in writing why this action should not be dismissed as barred by the *Rooker-Feldman* and *Younger* abstention doctrines. He was also advised that the defendant clerk is protected against federal claims for damages based upon absolute quasi-judicial immunity and that injunctive relief against state court judges is barred by 42 U.S.C. § 1983, as amended by the Federal Courts Improvement Act of 1996.

On April 1, 2019, Mangianfico filed an Amended Complaint. See Docket No. 9. He subsequently filed two further amendments, with exhibits. See Docket Nos. 10-11. Through these amended pleadings, Mangianfico fails to demonstrate good cause why this action should not be dismissed. The amended pleadings suffer from the same pleading deficiencies as the original complaint and fail to state a claim on which relief may be granted.

Based on the foregoing, and in accordance with the Court's Memorandum and Order dated March 30, 2019, this action is DISMISSED to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

May 17, 2019 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE